# Court of Appeals
# of the State of Georgia

ATLANTA, February 12, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0220.  CAMERON LEWIS v. THE STATE.**

Cameron Lewis was charged with various crimes including armed robbery and aggravated assault. On December 19, 2023, the trial court revoked his pre-trial bond and denied him bond on a newly added charge of possession of a pistol or revolver by a person under the age of 18. On January 18, 2024, Lewis filed this discretionary application. We, however, lack jurisdiction.

An order denying pre-trial bond is not a final judgment because the case remains pending below. See *Howard v. State*, 194 Ga. App. 857 (392 SE2d 562) (1990). Thus, to appeal this order, Lewis was required to comply with the interlocutory appeal procedures, including obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b). Here, Lewis did not obtain a certificate of immediate review from the trial court within ten days of entry of the order he seeks to appeal. Lewis's failure to do so deprives us of jurisdiction to consider this application, which is hereby DISMISSED. See *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard*, 194 Ga. App. at 857.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/12/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.